Dismissed and Opinion filed May 16, 2002









Dismissed and Opinion filed May 16, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-01-01260-CV

____________

 

WINDELL WATTERS, Appellant

 

V.

 

TEXAS DEPARTMENT OF CRIMINAL JUSTICEBINSTITUTIONAL DIVISION, Appellee

 



 

On
Appeal from the 278th District Court

Walker
County, Texas

Trial
Court Cause No. 21,317-C

 



 

M E M O R A N D U M  O P I N I O N

This is an appeal from a judgment signed October 23,
2001.  The clerk=s record was filed on December 27,
2001.  No reporter=s record was taken.  No brief was filed.

On March 28, 2002, this Court ordered appellant file his
brief and a motion reasonably explaining why the brief was late on or before
April 29, 2002.  The order stated that
unless the brief and motion were timely filed, the appeal would be dismissed for
want of prosecution.  See Tex. R. App. P. 42.3(b).

Appellant did not file a brief, a motion, or any other
response.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Opinion
filed May 16, 2002.

Panel consists of Justices Hudson,
Fowler, and Edelman. 

Do Not Publish C Tex. R. App. P. 47.3(b).